1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5864
     Fax:  (415) 703-1234
8    Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALVIN P. ROGERS,** | C 07-4658 CRB (PR) |
| Petitioner, | **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE FIRST REQUEST** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254 4-6, respondent moves for a 60-day extension of time in which to respond to the petition for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of Deputy Attorney General John R. Vance, Jr.

///

///

///

///

///

Dated: March 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ John R. Vance
_____
JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

40225280.wpd
SF2008400157

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Calvin P. Rogers v. M.S. Evans, Warden*         No.:  **C 07-4658 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 4, 2008</u>, I served the attached:

1. **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE FIRST REQUEST**;
2. **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; **and**
3. **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Calvin P. Rogers
V-74676
Salinas Valley State Prison
D-3-220
P.O. Box 1050
Soledad, CA 93960-1050

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 4, 2008, at San Francisco, California.

|  J. Espinosa  |  /s/ J. Espinosa  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

40225292.wpd