1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5864
     Fax:  (415) 703-1234
8    Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent
9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  **CALVIN P. ROGERS,**                          C 07-4658 CRB (PR)

14                               Petitioner,        **DECLARATION OF COUNSEL
                                                    IN SUPPORT OF APPLICATION
15              v.                                  FOR EXTENSION OF TIME IN
                                                    WHICH TO FILE ANSWER TO
16  **M.S. EVANS, Warden,**                         ORDER TO SHOW CAUSE

17                               Respondent.

18

19        John R. Vance, Jr., states under penalty of perjury:

20        1.    I am a Deputy Attorney General for the State of California and represent respondent

21  in this matter.

22        2.    Pursuant to this Court's order, our answer is currently due to be filed on or before

23  March 11, 2009

24        3.    This is our first request for an extension of time to file an answer after this Court's

25  order of January 11, 2008.

26        4.    On April 7, 2003, the superior court sentenced petitioner to prison for, among other

27  crimes, robbery, two consecutive terms of 25 years to life.

28        5.    On September 21, 2006, the state court of appeal affirmed the judgment.  The state

1  superior court denied review January 3, 2007.

2          6.    I request an additional period of 60 days, to and including, May 10, 2008, to prepare

3  and file our answer for the following reasons:

4          (a)   The petition raises numerous claims;

5          (b)   I have ordered the case record from archives;

6          c)    Petitioner, in addition to his direct appeal, filed a state habeas; and

7          (d)   Since this Court issued its order to show cause on January 9, 2005, I have had oral

8  argument in the Ninth Circuit (*Griffin v. Prosper*, 07-15405, January 15, 2008).  I am also assigned

9  the respondent's brief in *People v. Bell*, A116054, filed February 5, 2008.  I am also working on

10 state appellate matters including *People v. Martinez,* H030750, which will be filed shortly; *People*

11 *v. Gonzalez,* A118417; *People v. Daniels and Gordon,* A113184; *People v. Peebles,* H031155; and

12 *People v. Foroutan,* A118978.

13         7.    I have not attempted to contact petitioner because he is representing himself.

14         Dated:  March 4, 2008

15                          Respectfully submitted,

16                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

17                          DANE R. GILLETTE
                            Chief Assistant Attorney General

18
                            GERALD A. ENGLER
19                          Senior Assistant Attorney General

20                          PEGGY S. RUFFRA
                            Supervising Deputy Attorney General

21

22
                            /s/ John R. Vance
23                          _____

24                          JOHN R. VANCE, JR.
                            Deputy Attorney General
25                          Attorneys for Respondent

26
   40225284.wpd
27 SF2008400157

28

Declaration of Counsel                                      Calvin P. Rogers v. M.S. Evans, Warden
                                                            C 07-4658 CRB (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Calvin P. Rogers v. M.S. Evans, Warden*          No.:  **C 07-4658 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 4, 2008</u>, I served the attached:

> 1.  **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE FIRST REQUEST**;
> 2.  **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; **and**
> 3.  **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Calvin P. Rogers
V-74676
Salinas Valley State Prison
D-3-220
P.O. Box 1050
Soledad, CA 93960-1050

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 4, 2008, at San Francisco, California.

| J. Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

40225292.wpd