1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
           SAN FRANCISCO DIVISION
10

| **CALVIN P. ROGERS,** | C 07-4658 CRB (PR) |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

17        GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to
18   and including, May 10, 2008, to file an answer to order to show cause.
19   Dated: _____

20                                          _____
                                            The Honorable Charles R. Breyer
21                                          United States District Judge

22
23
24
25
26
27
28

[Proposed] Order                                    Calvin P. Rogers v. M.S. Evans, Warden
                                                    Case No. C 07-4658 CRB (PR)

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Calvin P. Rogers v. M.S. Evans, Warden*                            No.:  **C 07-4658 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 4, 2008</u>, I served the attached:

1. **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE FIRST REQUEST**;
2. **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; **and**
3. **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Calvin P. Rogers
V-74676
Salinas Valley State Prison
D-3-220
P.O. Box 1050
Soledad, CA 93960-1050

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 4, 2008, at San Francisco, California.

|              J. Espinosa              |        /s/ J. Espinosa         |
|:--:|:--:|
| Declarant | Signature |

40225292.wpd