IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALVIN P. ROGERS,** | C 07-4658 CRB (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, May 10, 2008, to file an answer to order to show cause.

Dated:  March 6, 2008

_____
The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order                                       Calvin P. Rogers v. M.S. Evans, Warden
                                                       Case No. C 07-4658 CRB (PR)