EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOHN R. VANCE, JR., State Bar No. 51744
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5864
 Fax:  (415) 703-1234
 Email:  John.Vance@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALVIN P. ROGERS,**<br><br>                                    Petitioner,<br><br>      v.<br><br>**M.S. EVANS, Warden,**<br><br>                                    Respondent. | C 07-4658 CRB (PR)<br><br>**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE SECOND REQUEST** |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254 4-6, respondent moves for a 30-day extension of time in which to respond to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of Deputy Attorney General John R. Vance, Jr.

///

///

///

///

///

Motion for Extension of Time                                                          *Calvin P. Rogers v. M.S. Evans, Warden*
                                                                                                                   C 07-4658 CRB (PR)

1

Dated:  May 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ John R. Vance
_____

JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

Rogers2.Mot for Ext of Time.wpd
SF2008400157

Motion for Extension of Time                                      *Calvin P. Rogers v. M.S. Evans, Warden*
                                                                               C 07-4658 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Calvin P. Rogers v. M.S. Evans, Warden*              No.:  **C 07-4658 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 7, 2008</u>, I served the attached:

1. **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE SECOND REQUEST**;
2. **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; **and**
3. **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Calvin P. Rogers, V-74676
Salinas Valley State Prison
D-3-220
P.O. Box 1050
Soledad, CA 93960-1050

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 7, 2008, at San Francisco, California.

|  J. Espinosa  |  /s/ J. Espinosa  |
| :---: | :---: |
| Declarant | Signature |

POS.wpd