1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5864
     Fax:  (415) 703-1234
8    Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent
9

10                    IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  **CALVIN P. ROGERS,**                     C 07-4658 CRB (PR)

14                              Petitioner,   **DECLARATION OF COUNSEL IN
                                              SUPPORT OF APPLICATION FOR
15              **v.**                        EXTENSION OF TIME IN WHICH
                                              TO FILE ANSWER TO ORDER TO
16  **M.S. EVANS, Warden,**                   SHOW CAUSE**

17                              Respondent.

18

19          John R. Vance, Jr., states under penalty of perjury:

20          1.   I am a Deputy Attorney General for the State of California and represent respondent

21  in this matter.

22          2.   Pursuant to this Court's order, our answer is currently due to be filed on or before

23  May 10, 2008.

24          3.   This is our second request for an extension of time to file an answer after this Court's

25  order of January 11, 2008.

26          4.   On April 7, 2003, the superior court sentenced petitioner to prison for, among other

27  crimes, robbery, two consecutive terms of 25 years to life.

28          5.   On September 21, 2006, the state court of appeal affirmed the judgment.  The state

Declaration of Counsel                          Calvin P. Rogers v. M.S. Evans, Warden
                                                                     C 07-4658 CRB (PR)

                                       1

1    superior court denied review January 3, 2007.

2         6.    I request an additional period of 60 days, to and including, May 10, 2008, to prepare

3    and file our answer for the following reasons:

4         (a)    The petition raises numerous claims;

5         (b)    I have ordered the case record from archives;

6         c)    Petitioner, in addition to his direct appeal, filed a state habeas; and

7         (d)    I am in the process of researching and writing our response.  In the past 60 days, I

8    have filed a state respondent's brief in *People v. Martinez,* H030750.  I have completed *People v.*

9    *Gonzalez,* A118417; *People v. Peebles,* H031155; and they are now going under review.  Finally,

10    I have completed an answer to an order to show cause in *Scott v. Felker*, C 07-4279 CRB (PR),

11    which will be filed on or before May 10, 2008..

12         7.    I have not attempted to contact petitioner because he is representing himself.

13         Dated:  May 7, 2008

14         Respectfully submitted,

15    EDMUND G. BROWN JR.
Attorney General of the State of California

16    DANE R. GILLETTE
Chief Assistant Attorney General

17    GERALD A. ENGLER
Senior Assistant Attorney General

18    PEGGY S. RUFFRA
19    Supervising Deputy Attorney General

20

21    /s/ John R. Vance

22    _____

23    JOHN R. VANCE, JR.
Deputy Attorney General
Attorneys for Respondent

24

25    Rogers2.Decl of atty.wpd

26    SF2008400157

27

28

Declaration of Counsel                                                  Calvin P. Rogers v. M.S. Evans, Warden
C 07-4658 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   ***Calvin P. Rogers v. M.S. Evans, Warden***          No.:  **C 07-4658 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 7, 2008</u>, I served the attached:

> 1.    **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE SECOND REQUEST**;
> 2.    **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME IN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE**; **and**
> 3.    **ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Calvin P. Rogers, V-74676
Salinas Valley State Prison
D-3-220
P.O. Box 1050
Soledad, CA 93960-1050

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 7, 2008, at San Francisco, California.

| J. Espinosa | /s/ J. Espinosa |
|---|---|
| Declarant | Signature |

POS.wpd