IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALVIN P. ROGERS,** | C 07-4658 CRB (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including, June 10, 2008, to file an answer to order to show cause.

Dated: __May 9, 2008_____

_____
The Honorable Charles R. Breyer
United S...

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order                                          Calvin P. Rogers v. M.S. Evans, Warden
                                                                        Case No. C 07-4658 CRB (PR)

1