UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CALVIN P. ROGERS,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.

Case Number: CV07-04658 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Calvin P. Rogers V-74676
Salinas Valley State Prison
D-3-220
P.O. Box 1050
Soledad, CA 93960-1050

Dated: May 12, 2008

                              Richard W. Wieking, Clerk
                              By: Barbara Espinoza, Deputy Clerk