May 29, 2008

Dear Sir Or Madam,

I am writing the Court in reference to my Case No. C 07-4658 CRB (PR) And Also A Deadline That May Be Approaching For Me To File My Traverse. I Say May Because The Attorney General Has Until June 10, 2008 To Respond To Order To Show Cause From The Court, But Has Asked For A Couple Of Motions For Extension Of Time. So If He Shows Order To Show Cause By June 10, 2008 I Will Have A Problem Filing My Traverse By July 10, 2008 Because I Am Transferring To Another Prison Today, May 29, 2008. So I Ask The Court To Take This Into Consideration And Allow Me To File My Traverse When I Have The Opportunity To Do So. I Will Try To Have My Family Send The Appropriate Motion For Extension Of Time. Thank You For Your Time And Consideration With This Matter It Will Be Much Appreciated.

Sincerely,
Calvin Rogers

**FILED**
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Salinas Valley State Prison
Calvin Rogers V-74676
P.O. Box 1050 D.3.220
Soledad, CA 93960

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

STATE PRISON
GENERATED MAIL