IN THE UNITED STATES DISTRICT COURT FILED

FOR THE NORTERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CALVIN P. ROGERS,

    PETITIONER,

VS.               No. C 07-4658 CRB (PR)

U.S EVANS, WARDEN

    RESPONDENT

MOTION AND DECLARATION OF GOOD CAUSE
FOR EXTENSION OF TIME TO FILE - TRAVERSE

1. I, The Undersigned, Am Calvin P. Rogers And Hereby Move For An Extension Of Time To File The Traverse,

2. The Traverse Is Due On June 8, 2008

3. I Request A 30 Day Extension To July 9, 2008

4. I Am An Inmate Currently Housed At Salinas Valley State Prison. I Have A Disability Covered Under The Americans With Disabilities Act. This Disability Makes It Hard For Me To Read, Write, And/Or Understand Material Regarding My Case. I Was Assisted In Writing This Letter By Another Inmate This Assistance Was Given To

Satisfy Obligations Of The California Department Of Corrections And Rehabilitation And Under The Terms Of Two Court Ordered Remedial Plans. Armstrong V. Schwarzenegger And Clark V. California the Federal Civil Rights Actions Brought Pursuant To The American's With Disabilities Act (ADA) Under The Terms Of The Redemial Plans, The Department Of Corrections And Rehabilitation Is Obligated To Advise The Court That The Above Inmate Is Claiming A Disability And Is Requesting Reasonable Accomodation Under The ADA. So IA Is Hard To Effectively Communicate With The Court Or Fully Prosecute This Action Due To My Disability.

5. On March 19th, 2007, Administrative Law Judge, Phillip C. Lyman Held A Video Hearing C 20CFR 416.1436 (c) In Soledad CA And The He Presided Over The Hearing From San Jose, CA. Darlene T. McQuary, An Impartial Vocational Expert, Also Appeared At The Hearing From The Office Of Disability Adjudication And Review, Rm 330, 280 South First St, San Jose, CA 95113. I Was Convicted After A Trial Of 2 Counts Of Robbery And Is Serving

2

A Term Of 50 Years To Life Under The Three Strikes Law. I Was Convicted In A Trial By Court And Compentency Proceedings Were Held As Well.

6. In Light Of My Sentence And The Issues Presented In This Case, This Delay Will Prejudice Neither Respondent's Nor The Petitioner's Rights And Instead Will Ensure That I Am Able To Provide, Constitutionally Representation For Self.

   I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct, Executed At Soledad, California On, Dated May 7Th, 2008

EXTENSION OF TIME IS

_____ DENIED

_____ GRANTED TO _____

CALVIN P. ROGERS

4

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Calvin P. Rogers,
    Plaintiff,

V.

M.S. Evans et al,
    Defendant

Case Number:
CV07-04658 CRB
CERTIFICATE OF SERVICE

I, The Undersigned, Hereby Certify, That I Am An Inmate At Salinas Valley State Prison.

That On May 7, 2008 I Served A True And Correct Copy (ies) Of The Attached, By Placing Said Copy (ies) In A Postage Paid Envelope Addressed To The Person(s) Hereinaffer Listed, By Depositing Said Envelope In The U.S. Mail, Or By Placing Said Copy (ies) Into The Hands Of A Correctional Officer's Hands.

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, California 94102

Dated May 7, 2008

Calvin P. Rogers

5



Salinas Valley State Prison
Calvin Rogers V. 74678
P.O. Box 1050 D-3.220
Soledad, CA 93960-1050

OFFICE OF THE Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102