EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOHN R. VANCE, JR., State Bar No. 51744
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5864
  Fax:  (415) 703-1234
  Email:  John.Vance@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALVIN P. ROGERS,** | C 07-4658 CRB (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the petition for writ of habeas corpus:

**I.**

**CUSTODY**

Petitioner is in lawful custody of the California Department of Corrections pursuant to a valid judgment and commitment entered April 7, 2005, in Santa Clara County Superior Court, Case Number CC451348, upon his convictions following a court trial of robbery in violation of California Penal Code section 211/212.5.  Exh. A, CT 240-246, 251-254.  The superior court sentenced petitioner to state prison for two consecutive terms of 25 years to life.  Exh. C, CT 324-325.

///

1  ///

## II.

## PROCEDURAL HISTORY

On December 2, 2004, the court found petitioner guilty of two counts of robbery. Exh. A, CT 240-246, 251-254.

On April 7, 2005, the superior court sentenced petitioner to two consecutive terms of 25-years to life. Exh. A, CT 324-325.

On September 21, 2006, the Court of Appeal, Sixth Appellate District affirmed petitioner's convictions in an unpublished opinion. Exh. C

On January 3, 2007, the California Supreme Court denied review. Exh. D.

On September 10, 2007, petitioner filed a petition for habeas corpus in this Court.

On January 11, 2008, this Court issued an order to show cause.

## III.

## PROCEDURAL ISSUES

Petitioner's claim is exhausted.

The petition is timely within the meaning of 28 U.S.C., § 2244 (d).

## IV.

## DENIAL

Respondent denies each and every allegation of the petition excepting only those matters admitted in this Answer and admitted in the accompanying memorandum of points and authorities incorporated herein by reference. In particular, respondent denies petitioner's claim that there was insufficient evidence to sustain his conviction for the Milpitas robbery; that the court erred when it allowed petitioner to waive a jury trial; and that the court erred when it did not allow him to withdraw his waiver.

## V.

## TRANSCRIPTS AND RECORDS

Respondent submits herewith portions of the state trial record and state appellate court proceedings, already filed with the addition of two exhibits as itemized in the accompanying Index

1 of Exhibits.

2 **CONCLUSION**

3 For the foregoing reasons, respondent respectfully requests the petition be denied, the
4 order to show cause discharged, and these proceedings dismissed.

5 Dated: June 5, 2008

6 Respectfully submitted,

7 EDMUND G. BROWN JR.
Attorney General of the State of California

8 DANE R. GILLETTE
Chief Assistant Attorney General

9 GERALD A. ENGLER
10 Senior Assistant Attorney General

PEGGY S. RUFFRA
11 Supervising Deputy Attorney General

13
/s/ John R. Vance, Jr.
14 _____
JOHN R. VANCE, JR.
15 Deputy Attorney General
Attorneys for Respondent

16
JRV:je
17
Rogers.Answer to Order to Show Cause.wpd
18 SF2008400157

Answer to Order to Show Cause                    Calvin P. Rogers v. M.S. Evans, Warden
                                                 C 07-4658 CRB (PR)

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Calvin P. Rogers v. M.S. Evans, Warden*         No.: **C 07-4658 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 6, 2008</u>, I served the attached:

1. **ANSWER TO ORDER TO SHOW CAUSE**;
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO ORDER TO SHOW CAUSE;**
3. **LODGING OF EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Calvin P. Rogers, V-74676
Salinas Valley State Prison
D-3-220
P.O. Box 1050
Soledad, CA 93960-1050

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 6, 2008, at San Francisco, California.

|  J. Espinosa  |  /s/ J. Espinosa  |
| :---: | :---: |
| Declarant | Signature |

Rogers, C.POS.wpd