1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOHN R. VANCE, JR., State Bar No. 51744
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5864
    Fax:  (415) 703-1234
8   Email:  John.Vance@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CALVIN P. ROGERS,** | C 07-4658 CRB (PR) |
| Petitioner, | **LODGING OF EXHIBITS** |
| v. | : |
| **M.S. EVANS, Warden,** | |
| Respondent. | |

**LODGING OF EXHIBITS**

Exhibit A:   Clerk's Transcripts;

Exhibit B:   Reporter's Transcripts;

Exhibit C:   Unpublished opinion filed September 21, 2006, affirming petitioner's convictions;

Exhibit D:   State supreme court order denying review;

Exhibit E:   Review petition; and

Exhibit F:   Respondent's Brief

///

///

1  Dated:  June 5, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5
   GERALD A. ENGLER
6  Senior Assistant Attorney General

   PEGGY S. RUFFRA
7  Supervising Deputy Attorney General

8

9
   /s/ John R. Vance, Jr.
10 _____
   JOHN R. VANCE, JR.
11 Deputy Attorney General
   Attorneys for Respondent

12

13
   Rogers.Lodg of Exhs.wpd
14 SF2008400157

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lodging of Exhibits                                              Calvin P. Rogers v. M.S. Evans, Warden
                                                                                  C 07-4658 CRB (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Calvin P. Rogers v. M.S. Evans, Warden*                   No.: **C 07-4658 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 6, 2008</u>, I served the attached:

1. **ANSWER TO ORDER TO SHOW CAUSE**;
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER TO ORDER TO SHOW CAUSE;**
3. **LODGING OF EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Calvin P. Rogers, V-74676
Salinas Valley State Prison
D-3-220
P.O. Box 1050
Soledad, CA 93960-1050

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 6, 2008, at San Francisco, California.

|                J. Espinosa                 |            /s/ J. Espinosa            |
|:-----------------------------------------:|:------------------------------------:|
|                 Declarant                  |              Signature               |

Rogers, C.POS.wpd