FILED
JUN 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C-07-4658 CRB

May 28, 2008

Dear Sir Or Madam,

I Am Writing The Court In Reference To A Deadline Approaching Concerning Me Filing My Traverse. It Is Due On June 10, 2008, But The Attorney General Has Responded And I Don't Know If He Will Ask For Another Extension Of Time. So If He Does I Will Be Able To Meet The Deadline, If He/She Dosen't Then I Will Have To Have My Traverse In Your Court By July 10, 2008 Which Will Be A Problem Because I Am Transfering To Lancaster Prison On May 29, 2008 And Upon Getting To The New Prison I Will Have To Undergo What They Call A Orientation Process That Will Go Way Into The Deadline Date Of June 10th, 2008. So I Ask The Court To Take This Motion Into Consideration If The Attorney General Does Not Ask The Court For Another Extension. I Know That I Am Early, But Due To My Circumstances That I Have No Control Over Being Transfered I Had To Send The Motion Now. Please Just Disregard The Motion If The Attorney General Ask For Another Extension. Thank You For Your Time And Consideration.

Sincerely, Calvin Rogers
V-74676


Ms. Denise Rogers
2751 Perlita Court
Hayward CA 94541
USA FIRST-CLASS FOREVER
OAKLAND 94615
2008
PM
JUN 9
OAKLAND 94615
2008
PM
JUN 9
JUN 1 0 2008
CRB
Office of the Clerk, U.S. Distri
Northern District of Califor
450 Golden Gate Aven
San Francisco, California 9