IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALVIN P. ROGERS,
   PETITIONER,

VS

M.S. EVANS, WARDEN
   RESPONDENT

No. C 07-4658 CRB(PR)

FILED
JUN 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOTION AND DECLARATION OF GOOD CAUSE
FOR EXTENSION OF TIME TO FILE - TRAVERSE

1. I, The Undersigned, Am Calvin P. Rogers And Hereby Move For An Extension Of Time To File The Traverse.

2. The Traverse Is Due On July 10th, 2008

3. I Request A 30 Day Extension To August 10, 2008

4. I Am An Inmate Currently Housed At Salinas Valley State Prison. I Have A Disability Covered Under The Americans With Disabilities Act. This Disability Makes It Hard For Me To Read, Write, And/Or Understand Material Regarding My Case. I Was Assisted In Writing This Letter. This Assistance Was Given To Satisfy The

Obligations Of The California Department Of Corrections And Rehabilitations And Under The Terms Of Two Court Ordered Remedial Plans. Armstrong V. Schwarzenegger And Clark V. California Are Federal Civil Rights Actions Brought Pursuant To The Americans With Disabilities Act (ADA) Under The Terms Of The Redemial Plans, The Department Of Corrections And Rehabilitation Is Obligated To Advise The Court That The Above Inmate Is Claiming A Disability, And Is Requesting Reasonable Accomodation Under The ADA. So It Is Hard To Effectively Communicate With The Court Or Fully Prosecute This Action Due To My Disability.

5. On March 19Th, 2007, Administrative Law Judge, Phillip C. Lyman Held A Video Hearing (20 CFR 416.1436(c)) In Soledad CA And He Presided Over The Hearing From San Jose, CA. Darlene T. Mcquary, An Impartial Vocational Expert, Also Appeared At The Hearing From The Office Of Disability Adjustication And Review, Rm 330, 280 South First St, San Jose, CA 95113. I Was Convicted After A Trial Of 2 Counts Of Robbery And Is Serving A Term Of 75

Years To Life Under The Three Strikes Law. I Was Convicted In A Trial By Court And Compentency Proceedings Were Held As Well.

6. In Light Of My Sentence And The Issues Presented In This Case, This Delay Will Prejudice Neither Respondent's Nor The Petitioner's Rights And Instead Will Ensure That I Am Able To Provide, Constitutionally, Representation For Self.

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct, Executed At Soledad, California On, June 6, 2008

EXTENSION OF TIME IS

___ DENIED
___ GRANTED TO _____

CALVIN P. ROGERS

Case 3:07-cv-04658-CRB   Document 11   Filed 06/10/2008   Page 4 of 5

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CALVIN P. ROGERS,
    Plaintiff,               Case Number:
V.                              CV07-04658 CRB
M.S. Evans et al.,       CERTIFICATE OF SERVICE
    Defendant

I, The Undersigned, Hereby Certify, That I Am An Inmate At Salinas Valley State Prison.

That On June 6, 2008 I Served A True And Correct Copy(ies) Of The Attached By Placing Said Copy(ies) In A Postage Paid Envelope Addressed To The Person(s) Hereinafter Listed, By Depositing Said Envelope In The U.S. Mail.

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, California 94102

Dated June 6, 2008
                          Calvin P. Rogers