IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN P. ROGERS,<br><br>        Petitioner,<br><br>  v.<br><br>M.S. EVANS,<br><br>        Respondent(s). | No. C 07-04658 CRB (PR)<br><br>ORDER |

    Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED. Petitioner shall file a traverse by no later than August 11, 2008.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 11.

SO ORDERED.

DATED: June 16, 2008

                                          CHARLES R. BREYER
                                          United States District Judge

G:\PRO-SE\CRB\HC.07\Rogers, C1.eot2.wpd