1  C.S.P. - Los Angeles County
2  44750 60th Street West
   Lancaster, CA 93536-7620
3
4
5  In Propia Persona
6
7
                        UNITED STATES DISTRICT COURT
8                    Northern DISTRICT OF CALIFORNIA
9
10
11 CALVIN P. ROGERS,              ) CASE NUMBER: C07-4658 CRB(PR)
                                  )
12     Plaintiff,                 )
                                  )
13     vs.                        ) MOTION FOR EXTENSION OF TIME
                                  )
14 F.B. Haws, Warden.             )
                                  )
15     Defendant.                 )

16      **COMES NOW**, Petitioner Calvin P. Rogers who moves this Honorable
17 Court for a Motion for Extension of Time pursuant to California Rules of
18 Court, Rule 232(g). This request is based upon the foregoing reasons:
19      [ ] Recent power outages has prohibited access to the law library.
20      [ ] Institutional facility lockdowns.
21      [ ] No staff available to supervise library and library was closed
22          down.
23      [✓] Other: Transfer To New Prison Have Not Received My Personal Property To Respond To File - Traverse
24      This motion is based upon the attached declaration submitted under
25 penaly of perjury according to the laws of California.
26 Dated: June 17, 2008            Cal Rogers
                                   PETITIONER   IN PROPRIA PERSONA
27
28

Page 1

1          **DECLARATION OF GOOD CAUSE FOR EXTENSION OF TIME.**

2          I, Calvin P. Rogers, hereby declare:

3 That I am the Petitioner in the above-entitled matter and that I am

4 unrepresented by counsel and am a layman at law;

5      That due to recent power outages throughout the State, the

6 institution has been on an "State of Emergency" status and the law

7 library at Lancaster State Prison has been shut down;

8      That additionally, several lockdowns has occurred which allowed the

9 staff at Lancaster State Prison to shut down the program so no law

10 library was available, even to inmates on P.L.U. [Preferred legal User]

11 status to attend the library to meet deadlines;

12      That library staff has been absent alot without substitution for

13 inmates to attend the library.

14      I swear under penaly of perjury that the above is true and correct

15 and was executed this 17 Day of June, 2008 at Lancaster

16 State Prison, County of Los Angeles.

17                               Calvin Rogers

18                                 DECLARANT

19 /// I Request A 30 Day Extension To August 10, 200
20 /// To File My Traverse. My Traverse Is Due On
21 /// July 10th, 2008. All My Personal Property Is
22 /// Still In Receiving & Release And Has Not Been
23 /// Issued To Me, Because I Am Still On My
24 /// Orientation Phase. I Received The Attorney
25 /// General Order To Show Cause On June 16, 2008 Postmarked 6/16/08.

26 ///

27 ///

28 ///

CSP-LAC
Calvin Rogers V-74676
P.O. Box 4670   D.1.106
Lancaster, CA 93539

Office of the Clerk, U.S. District of
Northern District of California
450 Golden Gate Avenue
San Francisco, California 9