1  CALVIN. P. ROGERS. V-74676.
2  P.O. BOX. # 4670.
3  LANCASTER. CA. 93536.-4670.

FILED
08 SEP -3 PM 2:57

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>NORTHERN</u> DISTRICT OF CALIFORNIA.

| | |
|---|---|
| CALVIN. P. ROGERS, <br>     PETITIONER, <br> Vs. <br> M. S. EVANS. et. al., <br>     RESPONDENTS. | CASE No. <u>C-07-4658-CRB (PR)</u> <br> <u>TRAVERSE</u> TO RETURN TO THE PETITION FOR A WRIT OF HABEAS CORPUS. WITH POINTS AND AUTHORITIES, <u>IN SUPPORT THEREOF</u>." |

To:
THE ABOVE HONORABLE COURT ALL INTERESTED PARTIES AND/OR THEIR RESPECTIVE COUNSEL OF RECORD.
HERE NOW COMES THE PETITIONER <u>CALVIN. P. ROGERS</u>. AND MAKES THIS INSTANT "TRAVERSE" AND RESPONDS TO THE ANSWER TO THE PETITION FOR A WRIT OF HABEAS CORPUS., FILED BY THE RESPONDENT'S ON OR ABOUT <u>JUNE 6, 2008.</u> SEE RESPONDENT'S ANSWER TO THE PETITION FOR A WRIT

1  OF HABEAS CORPUS. LOGED WITHIN THIS
2  HONORABLE COURT.
3
4                           I.
5            CALVIN . P. ROGERS.
6  THE PETITIONER, ON THE INSTANT CASE
7  AT BAR, BEFORE THIS HONORABLE COURT,
8  HEREBY. DENIED EACH AND EVERY ALLEGATION
9  AS SET FORTH ON THE RESPONDENT'S
10 ANSWER TO THE PETITION FOR A WRIT
11 OF HABEAS CORPUS., WITH THE EXCEPTION AS
12 TO WHAT IS CLEARLY AND EXPRESSLY
13 ADMITTED HEREBY.
14
15                          II.
16
17 THE PETITIONER MISTER CALVIN. P. ROGERS
18 "ADMIT" HEREBY THAT HE WAS "__WRONGLY__"
19 CONVICTED OF SEVERAL COUNTS OF ROBBERY
20 WITH WRONGLY ADMISSIBLE EVIDENCE __UNRELATED__
21
22 TO THE INSTANT CASE AT BAR; AND IN VIO-
23 LATIONS; OF: "CLEARLY ESTABLISH __FEDERAL LAW.__"
24                          III.
25 THE INSTANT "TRAVERSE" COMPLY WITH ALL
26 OFFICIAL AND LAWFUL COURT ORDER'S
27 ISSUED BY THIS HONORABLE COURT., AND SUPPORT
28 BY __FACTS & LAW__ WHICH ARE RELEVANT

TO THE INSTANT CASE AT BAR, AND WHICH IS CURRENTLY <u>BEFORE</u> THIS HONORABLE COURT. <u>INCLUDING THIS HONORABLE COURT, HABEAS CORPUS LOCAL RULE. 2254-6. (C).</u>

THEREFORE, FOR THE REASONS SPECIFY HEREBY ON THE INSTANT "TRAVERSE" THIS HONORABLE COURT SHOULD "<u>GRANT</u>" THE PETITION FOR A WRIT OF HABEAS CORPUS. TO PROTECT THE FEDERAL CONSTITUTIONAL RIGHTS OF CONVICTION BY PROOF BEYOND ANY REASONABLE DOUBTS. AND THE FUNDAMENTAL FEDERAL CONSTITUTIONAL RIGHT TO, A "<u>PUBLIC JURY TRIAL</u>".

           VERY RESPECTFULLY:

DATED: 8/6/2008.    _____
                    CALVIN P. ROGERS.

                              <u>PETITIONER.</u>

3.

## ARGUMENT

"THE TRIAL COURT ERRED BY ALLOWING THE PROSECUTION TO PRESENT HIGHLY PREJUDICIAL EVIDENCE OF OTHER OFFENSES AND FOR WHICH THERE WAS NO BASIS. AND NO FOUNDATION TO CONNECT THIS PETITIONER TO THOSE OTHER OFFENSES RENDERING HIS TRIAL FUNDAMENTALLY UNFAIR".

THE ADMISSIBILITY OF IRRELEVANT EVIDENCE WAS INDEED AND IN FACT CLEARLY PREJUDICIAL, AND DEPRIVED THIS PETITIONER OF A FAIR TRIAL, AND "VIOLATED" MISTER: ROGERS, THE PETITIONER ON THE INSTANT CASE AT BAR, OF HIS FUNDAMENTAL AND FEDERAL CONSTITUTIONAL RIGHT TO DUE PROCESS. U.S.C.A. CONSTITUTIONAL AMENDMENT FOURTEENTH. XIV.

DUE TO THE FACTS THAT:

"THE ADMISSION OF HIGHLY PREJUDICIAL IRRELEVANT EVIDENCE CONFUSED AND POISONED "THE MIND" OF THE TRIER OF FACTS AND LAW, FOR THE INSTANT CASE AT BAR.

AS THE PROSECUTOR ACKNOWLEDGED THAT:

"FRANKLY, WITHOUT THE OTHER CASES, THERE IS SIMPLY NOT ENOUGH EVIDENCE TO CONVICT"

"THERE IS NO I.D. OF HIM". THERE WAS NONE AT THE BEGINING OF THIS CASE"

"NONE OF THE WITNESSES WERE ABLE TO IDENTIFY THE PETITIONER OF THE INSTANT CASE AT BAR".

THERE WERE PHOTO LINE-UPS THAT WERE HELD BETWEEN THEN AND NOW".

NONE OF THEM WITNESS WERE ABLE TO IDENTIFY THE PETITIONER IN OPEN COURT".

THIS CASE WITHOUT THE ERRONEOUS ADMISSIBILITY OF HIGHLY PREJUDICIAL AND IRRELEVANT EVIDENCE CAN NOT STAND ON IT'S OWN.

PLEASE SEE... VOLUME 3. OF THE REPORTERS TRANSCRIPTS AT PAGES 424. & 425.

4.

1. THEREFORE, AS CLEARLY ESTABLISH ON THE RECORD, AND PROVEN BY CLEAR AND CONVINCING DIRECT EVIDENCE COMING OUT OF THE PROSECUTOR OWN'S "MOUTH". SEE REPORTER'S TRANSCRIPTS. SUPRA.

2. THEREFORE, THIS PETITIONER IT IS CLEARLY PRESENTING A **CLAIM** "COGNIZABLE" ON FEDERAL HABEAS, UNDER THE DUE PROCESS CLAUSE, OF THE FOURTEENTH AMENDMENT OF THE FEDERAL CONSTITUTION OF THE UNITED STATES OF AMERICA. U.S.C.A. CONSTITUTIONAL AMENDMENT XIV. SUPRA.

3. THEREFORE, THE EVIDENCE IS INSUFFICIENT TO SUPPORT THE CONVICTION. AND THE TRIAL COURT FAILED TO FULLY INFORM THE PETITIONER MISTER: CALVIN. P. ROGERS. OF THE RIGHTS FEDERALLY-WISE THAT HE WAS WAIVING. BY WAIVING PUBLIC JURY TRIAL AS GUARANTEE TO HIM UNDER THE FEDERAL CONSTITUTION, THEN THE TRIAL COURT ABUSED IT'S DISCRETION WHEN IT REFUSE TO ALLOW MISTER: CALVIN. P. ROGER. THE PETITIONER ON THE INSTANT CASE AT BAR TO "**WITHDRAW**" HIS WAIVER OF A **PUBLIC JURY TRIAL**; WITHOUT DETERMINING THE REASONS FOR THAT ABUSE OF DISCRETION. U.S.C.A. CONSTITUTIONAL AMENDMENT. VI. DUNCAN. VS. LOUISIANA. (1968). 391. U.S. 145, 88. FEDERAL SUPREME COURT. 1444, 20 LAWYER'S EDITION. 2d. SERIES AT PAGE 491.

4. THEREFORE, AS PROVEN HEREBY THE DECISION OF THE CALIFORNIA COURTS ARE INDEED AND IN FACT BASED ON AN "UNREASONABLE" DETERMINATION OF THE FACTS AND LAW FEDERALLY-WISE, IN LIGHT OF THE EVIDENCE PRESENTED IN THE CALIFORNIA COURTS PROCEEDINGS. SEE VOLUME 3. OF THE REPORTER'S TRANSCRIPTS AT PAGE 424.

1  AND, PAGE 425 OF VOLUME III. OF
2  THE REPORTERS TRANSCRIPTS SUPRA.
3  ALSO; THE DECISIONS OF THE CALIFORNIA
   COURTS., INDEED AND IN FACT RESULTED
4  IN A DECISION WHICH IS CONTRARY
   TO CLEARLY ESTABLISH FEDERAL LAW.
5  AND INDEED AND IN FACT INVOLVE AN
6  "UNREASONABLE" APPLICATION OF CLEARLY
7  ESTABLISH FEDERAL LAW AS DETERMINED
   BY OUR HONORABLE FEDERAL SUPREME
8  COURT OF THE UNITED STATES OF AMERICA
9  AT WASHINGTON, D.C.
10 SEE. JACKSON. VERSUS. VIRGINIA (1968)
11 391 U.S. AT PAGE 145. SEE ALSO
12 DUNCAN. VS. LOUISIANA SUPRA. AND
13 CASES CITED THEREIN.
14 28. U.S.C.A.           SECTION. 2254.
15 SUB-SECTION (d). PARAGRAPH (1)
16 AND, PARAGRAPH (2).
17 ALSO SEE ARTICLE VI. CLAUSE 2.
18 OF THE FEDERAL CONSTITUTION OF
19 THE UNITED STATES OF AMERICA.
20 AND THE RESPONDENT'S RECOGNIZE THE
21 SUPREMACY OF OUR LAWFUL AND
22 OFFICIAL HONORABLE FEDERAL COURTS
23 BY CITING IN THEIR RESPONSE
24 AUTO EQUITY SALES INC. VERSUS.
25 SUPERIOR COURT. (1962). 57. Cal.2d.
26 450 TO PAGE 455. THEREFORE THE
27 RESPONDENT'S, ACKNOWLEDGE THAT
28 THEY ARE "NOT FREE" TO DEPART OR

1  AND THEY ARE "NOT FREE" TO IGNORE
2  THE STARE DECISIS DOCTRINE. AND
3  THE DOCTRINE OF., RES JUDICATA.
4  THEREFORE COURTS EXERCISING LOWER JURISDICTION MUST FOLLOW THE LAW
5  AS IT HAD BEEN DECIDED AND ESTABLISH BY COURTS EXERCISING SUPERIOR JURISDICTION.
6  ALSO., "INADMISSIBLE EVIDENCE OF OTHER
7  ACTS", "DEPRIVED", MISTER: CALVIN. P. ROGERS.
8  OF A "FAIR TRIAL" AND "VIOLATED" HIS
9  RIGHT TO "DUE PROCESS", AND; "THE ERROR
10 WAS NOT HARMLESS".
11 McKINNEY . VS. REES. 993. FEDERAL. 2d.
12 1378. (9TH CIRCUIT. 1993). AND., CASE
13 LAW CITED THEREIN WHICH ARE:
14 "CLEARLY ESTABLISH FEDERAL LAW"
15 SUPRA.
16 28. U.S.C.A. SECTION. 2254. SUB-SECTION
17 (d). SUPRA.
18 THEREFORE, AND FOR ALL THE REASONS SPECIFY HEREBY
    THIS HONORABLE COURT MUST REJECT THE RESPONDENT
19 CONTENTIONS IN THEIR SENSELESS ARGUMENTS.
20 A NEW "PUBLIC JURY TRIAL" MUST BE
21 ORDERED BY THIS HONORABLE COURT.
22 AND THE INSTANT PETITION MUST BE
23 "GRANT" IN IT'S ENTIRETY AND IT'S
24 TOTALITY.
25                                      VERY RESPECTFULLY
                                         SUBMITTED:
26 DATED: AUGUST 6 / 2008.   [signature]
27                           CALVIN. P. ROGERS.
                                    PETITIONER.
28
                    7.

## PROOF OF SERVICE BY MAIL

### (CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, Calvin P. Rogers, hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP/ LAC D-1-104, P.O. BOX 4670, CA 93539

On August 6, 2008, I delegated to prison officials the task of mailing, via the institution's internal mail system (*Houston v. Lack*, 487 US 266 [101 L.Ed.2d 245; 108 S.Ct. 2379] (1988)), the below entitled legal document(s):

"Traverse"

by placing said documents in a properly addressed and sealed envelope, with postage fully pre-paid, in the United States Mail, deposited in the manner provided by CSP/LAC and addressed as follows:

Calvin P. Rogers V-74676
P.O. Box 4670
Lancaster, CA 93539-4670

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 6 day of August 2008 at California State Prison - LAC

Calvin P. Rogers

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

HAYWARD CA 94541

USPS® CERTIFIED MAIL™

420 94541 9171 0716 9252 9023 0258 14

USPS® FIRST-CLASS MAIL®

RETURN RECEIPT REQUESTED

0 lb. 3.10 oz.

U.S. POSTAGE
$6.24
Date of sale
08/23/08
APC
02  1P00
9454
FCM LG ENV
FC0079800 103887
0231 4625

